# EXHIBIT B

**Claim Chart for U.S. Patent No. 8,338,683**

**Claim 1:**

| Claim element | Boss GX-10, GX-100, GT-1000, GT-1000CORE, GT-100 Version 2, SY-1000, Roland GT-55 | Defendants' Use of Claimed Method |
|---|---|---|
| A method for operating a musical instrument tuner, the tuner comprising<br><br>an input module,<br>a signal analyzer,<br>a display,<br>a housing,<br>a user interface,<br><br>the input module, the signal analyzer and the display forming a part of said housing or being comprised in said housing,<br><br>the input module receiving an input signal from a musical instrument the user interface comprising a mode selector, | Boss GX-10, GX-100, GT-1000, GT-1000CORE, GT-100 Version 2, SY-1000, and Roland GR-55 (collectively, the "Accused Devices") are guitar effects processors with a tuner. See. e.g., the website of GX-100, https://www.boss.info/global/products/gx-100/ and its manual, page 13:<br><br>*"The GX-100 is equipped with a conventional monophonic tuner which lets you tune your instrument one string at a time, and a polyphonic tuner which lets you play and tune all of your open strings simultaneously"*<br><br>The tuners have each an input module, as they can receive and process an input signal. The tuner uses a signal analyser to determine a pitch frequency. The processors are also included in a housing with a user interface, see e.g. GX-100:<br><br> | The tuner of the Accused Devices can determine a frequency of an input signal originating from a string instrument (e.g. a guitar)<br><br>The displays (i.e. indicators) of The Accused Devices can display an output the basis of the pitch frequencies of the played pitches, i.e. strings (see video screenshots below) |

|  | The input signal originates, *e.g,.* from a guitar | |
|  | The user interface has a rotary knob as mode selector. | |
| the display enabling at least two display modes from a group of display modes, the display modes comprising monophonic display mode and polyphonic display mode,<br><br>the method comprising the steps of | <br><br>The display can show a monophonic display mode and polyphonic display mode, as explained below | |
| initiating a user session mode<br><br>the user session mode being selected among a set of user session modes,<br><br>the set of user session modes comprising a polyphonic mode and a monophonic mode, | A user can initiate a user session mode, e.g. by pressing the Tuner button: | |

| | |
|---|---|
| the method further comprising the step of shifting the session mode from one of the previously selected user session modes to another user session mode in response to an input established by a user by means of said mode selector | The processors also have other user session modes, e.g. when the processors are switched on, another user session mode is displayed.<br><br>The set of user session modes comprises a polyphonic mode and a monophonic mode, as explained below.<br><br>By turning the rotary knob (i.e. a mode selector), the session mode is shifted from one of the previously selected user session modes to another user session mode. See, e.g., BOSS GX-10 Reference Manual,p. 18,  static.roland.com ("The GX-10 is equipped with a conventional monophonic tuner which lets you tune your instrument one string at a time, and a polyphonic tuner which lets you play and tune all of your open strings simultaneously").<br><br>BOSS GX-100 Reference Manual, static.roland.com ("Turn the [SELECT] knob to switch the tuner display – Monophonic (normal) / Polyphonic display / Monophonic (streaming) / Polyphonic display … You can set POLY TYPE and POLY OFFSET parameters for poly tuning")<br><br>Roland Support Article for the GT-1000 and GT-1000CORE, "Where are the Tuner Display Options for Poly: Type and Offset," support.roland.com ("If looking for the TUNER > POLY parameters: TYPE and OFFSET, these are not available with the default MONOPHONIC TUNER display. These options are available in the alternate POLYPHONIC TUNER display or MONOPHONIC + POLYPHONIC TUNER display)<br><br>BOSS GT-100 Version 2 Addendum (static.roland.com) ("Added Polyphonic Tuner. You can now choose between the conventional monophonic tuner and the new polyphonic tuner using the PAGE [◄][►] buttons")<br><br>SY-1000 Owner's Manual, static.roland.com (TUNER MODE: Choose SINGLE (monophonic) or MULTI (polyphonic). Use the PAGE [◄][►] buttons to select). | |

|  | Roland GR-55 Owner's Manual, static.roland.com ("You can choose SINGLE MODE (one string at a time) or MULTI MODE (six strings simultaneously) in the Tuner screen"). |  |
| when the user session mode is selected to be the **polyphonic mode**, establishing a polyphonic characteristic of the input signal, the polyphonic characteristic including **representations of multiple pitch frequencies** derived from said input signal, and displaying said polyphonic characteristic in the polyphonic display mode on said display | The polyphonic characteristic includes representations of pitch frequencies of e.g. strings E, B, G, D, A, E. See images in manuals blow.<br><br>**GX-100 and GX-10:**<br><br><br><br>**GT-1000:** |  |

## Polyphonic display



when the user session mode is selected to be the **monophonic mode,** establishing a monophonic characteristic of the input signal, the monophonic characteristic including a representation of **a pitch frequency** derived from said input signal, and displaying said monophonic characteristic in the monophonic display mode on said display;

The monophonic characteristic include representations of pitch frequencies of e.g. string A. See images in manuals blow.



| | GT-1000:  | |
|---|---|---|
| wherein the representation of a pitch frequency is **different** in the monophonic display mode than in the polyphonic mode. | The representation of a pitch frequency of the input signal (i.e. its deviation from a target pitch frequency) in the monophonic display mode is different to that one in the polyphonic display mode.<br><br>For example, the monophonic display mode shows | |

Arrows: 

and level indicators:

Meanwhile the polyphonic display mode bars are shown:

**Claim 30:**

| Claim element | Boss GX-10, GX-100, GT-1000, GT-1000CORE, GT-100 Version 2, SY-1000, Roland GT-55 | Claim Elements in Accused Devices |
|---|---|---|
| A musical instrument tuner comprising an input module arranged to receive an input signal from a musical instrument,<br><br>a signal analyzer,<br>a display arranged to enable at least two display modes from a group of display modes, the display modes comprising monophonic display mode and polyphonic display mode,<br><br>a housing,<br>a user interface comprising a mode selector, wherein the input module, the signal analyzer and the display is arranged to form a part of said housing | Boss GX-10, GX-100, GT-1000, GT-1000CORE, GT-100 Version 2, SY-1000, and Roland GR-55 (the "Accused Devices") are guitar effects processors with a tuner. See, e.g., the website of GX-100, https://www.boss.info/global/products/gx-100/ and its manual, page 13:<br><br>*"The GX-100 is equipped with a conventional monophonic tuner which lets you tune your instrument one string at a time, and a polyphonic tuner which lets you play and tune all of your open strings simultaneously"*<br><br>The tuners have each an input module, as they can receive and process an input signal. The tuner uses a signal analyser.<br>The processors are also included in a housing with a user interface, see e.g. GX-100:<br><br><br><br>The input signal originates e.g. from a guitar | The tuner of the Accused Devices can determine a pitch frequency of an input signal originating from a string instrument (e.g. a guitar)<br><br><br><br>The displays (i.e. indicators) of The Accused Devices can display an output the basis of the pitch frequencies of the played pitches, i.e. strings (see video screenshots below) |

| or being comprised in said housing, | The user interface has a rotary knob as mode selector.<br><br><br><br>The display can show a comprising monophonic display mode and polyphonic display mode, as shown below | |
| wherein said mode selector is arranged to allow selection of a user session mode of said musical instrument tuner among a set of user session modes, the user session modes comprising a polyphonic mode | The user session mode can be initiated e.g. by pressing the Tuner button: | |

and a monophonic mode,



The processors also have other user session modes, e.g. when the processors are switched on, another user session mode is displayed.

The set of user session modes comprising a polyphonic mode and a monophonic mode, as shown below.

By turning the rotary knob (mode selector), the session mode is shifted from one of the previously selected user session modes to another user session mode.

See, e.g., BOSS GX-10 Reference Manual, p. 18, static.roland.com ("The GX-10 is equipped with a conventional monophonic tuner which lets you tune your instrument one string at a time, and a polyphonic tuner which lets you play and tune all of your open strings simultaneously").

BOSS GX-100 Reference Manual, static.roland.com ("Turn the [SELECT] knob to switch the tuner display – Monophonic (normal) / Polyphonic display / Monophonic (streaming) / Polyphonic display … You can set POLY TYPE and POLY OFFSET parameters for poly tuning")

Roland Support Article for the GT-1000 and GT-1000CORE, "Where are the Tuner Display Options for Poly: Type and Offset," support.roland.com ("If

| | | |
|---|---|---|
| | looking for the TUNER > POLY parameters: TYPE and OFFSET, these are not available with the default MONOPHONIC TUNER display. These options are available in the alternate POLYPHONIC TUNER display or MONOPHONIC + POLYPHONIC TUNER display)<br><br>BOSS GT-100 Version 2 Addendum (static.roland.com) ("Added Polyphonic Tuner. You can now choose between the conventional monophonic tuner and the new polyphonic tuner using the PAGE [◄][►] buttons")<br><br>SY-1000 Owner's Manual, static.roland.com (TUNER MODE: Choose SINGLE (monophonic) or MULTI (polyphonic). Use the PAGE [◄][►] buttons to select).<br><br>Roland GR-55 Owner's Manual, static.roland.com ("You can choose SINGLE MODE (one string at a time) or MULTI MODE (six strings simultaneously) in the Tuner screen"). | |
| wherein said signal analyzer is arranged to establish one or more **characteristics of said input signal** in accordance with a selected user session mode, and<br><br>wherein the display is arranged to convey information about said characteristics in accordance with a display mode selected according to | The polyphonic characteristic include representations of pitch frequencies of e.g. strings E, B, G, D, A, E. See images in manuals blow. | |

said selected user session mode;

**GX-100 and GX-10:**

**Polyphonic display**



**GT-1000:**

**Polyphonic display**

See images in manuals blow.

The monophonic characteristic include representations of pitch frequencies of e.g. string A. See images in manuals blow.

## GX-100 and GX-10:

**Monophonic (normal) display**



| | GT-1000: <br><br> **Monophonic display** <br><br> | |
|---|---|---|
| wherein the representation of a pitch frequency is different in the monophonic display mode than in the polyphonic display mode. | The representation of a pitch frequency of the input signal (i.e. its deviation from a target pitch frequency) in the monophonic display mode is different to that one in the <br><br> For example, the monophonic display mode shows <br><br> Arrows: <br><br> and level indicators: | |

Meanwhile the polyphonic display mode bars are shown:

