NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael Solomita (Pro Hac Vice)
email: michael.solomita@nortonrosefulbright.com
Alex Scandroli (SBN 345278)
email: alex.scandroli@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
555 S. Flower St., Forty-First Floor
Los Angeles, CA 90071
Tel: (213) 892-9200 Facsimile: (213) 892-9494

ATTORNEY(S) FOR:  ROLAND CORP. and ROLAND CORP. U.S.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EMPOWER TRIBE COMMERCIAL FZE and EMPOWER TRIBE IP HOLDINGS LTD.

Plaintiff(s),

v.

ROLAND CORPORATION and ROLAND CORPORATION U.S.

Defendant(s)

CASE NUMBER:

2:25-cv-09658

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   ROLAND CORPORATION and ROLAND CORPORATION U.S.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| EMPOWER TRIBE COMMERCIAL FZE, a Dubai company | Plaintiff |
| EMPOWER TRIBE IP HOLDINGS LTC., an Abu Dhabi company | Plaintiff |
| ROLAND CORPORATION, a Japanese company | Defendant |
| ROLAND CORPORATION U.S., a Delaware corporation | Defendant |

January 27, 2026
Date

/s/ Michael Solomita
Signature

Attorney of record for (or name of party appearing in pro per):

ROLAND CORPORATION & ROLAND CORPORATION U.S.