# EXHIBIT A

# TRANSCRIPTION OF VOICE MAIL FROM MICHAEL SOLOMITA

# RECEIVED JANUARY 16, 2026 AT 1:29 P.M. EST

Hey, Brian, it's Michael Solomita of Norton Rose, just calling you about the Empire [*sic*] v. Roland case.

So, we're planning on filing a motion to dismiss, 12(b)(6) under 35 U.S.C. 101, for claiming unpatentable subject matter in lieu of our answer on January 23rd.

I understand as part of the Local Rule 7-3, we need to meet and confer seven days before filing a motion -- by telephone it says technically, so, or videoconference.

So, that's why I'm reaching out to you.

I'll send you a follow-up email, but I just want to make sure we satisfy our Local Rule obligation to meet and confer our motion to dismiss.

So, feel free to call me back, 212-408-5420.

Thanks.