# EXHIBIT B

**Brookey, Brian K.**

| | |
|---|---|
| **From:** | Michael Solomita <michael.solomita@nortonrosefulbright.com> |
| **Sent:** | Friday, January 16, 2026 2:04 PM |
| **To:** | Brookey, Brian K. |
| **Cc:** | Bray, Aaron D.; Alex Scandroli; Jiang Wu; Peter M. Hillegas |
| **Subject:** | Empower Tribe Commercial FZE and Empower Tribe IP Holdings LTD. v. Roland Corporation and Roland Corporation U.S., Case No. 2:25-cv-09658 (CDCA) |

**[EXTERNAL EMAIL]**

Hi Brian,

This is further to the voicemail I just left you advising that Defendants in the above-referenced case will file a FRCP Rule 12(b)(6) motion to dismiss in lieu of answering the complaint on January 23, 2026. My understanding is that L.R. 7-3 requires us to confer by telephone or video conference regarding the contemplated motion. So, please let me know when you are free.

Michael

**Michael Solomita** | Partner
Norton Rose Fulbright US LLP
1301 Avenue of the Americas, New York, New York  10019-6022, United States
Tel +1 212 408 5420 | Fax +1 212 318 3400
michael.solomita@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

This email message and any attachments are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure, copying or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

To reply to our email administrator directly, send an email to nrfus.postmaster@nortonrosefulbright.com.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.