## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EMPOWER TRIBE COMMERCIAL FZE, a Dubai company; and EMPOWER TRIBE IP HOLDINGS LTD, an Abu Dhabi company,

Plaintiffs,

v.

ROLAND CORPORATION, a Japanese corporation; and ROLAND CORPORATION, U.S. a Delaware corporation,

Defendants.

Case No. 2:25-cv-09658-SPG-AYP

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion to Dismiss, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants Roland Corporation and Roland Corporation, U.S.

**IT IS SO ORDERED.**

DATED: July 7, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-