Brian K. Brookey, CA SBN 149522
HONIGMAN LLP
1440 New York Ave NW
Suite 200
Washington, DC 20005-2111
Telephone: 202-521-0556

Aaron D. Bray, CA SBN 327771
321 N. Clark St.
Suite 500
Chicago, IL 60654-4769
Telephone: 312-701-9300

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| EMPOWER TRIBE COMMERCIAL FZE, a Dubai company, and EMPOWER TRIBE IP HOLDINGS LTD., an Abu Dhabi company, <br><br> Plaintiffs, <br><br> v. <br><br> ROLAND CORPORATION, a Japanese corporation, and ROLAND CORPORATION U.S., a Delaware corporation, <br><br> Defendants. | Case No. 2:25-cv-09658-SPG-JC <br><br> **PLAINTIFFS' NOTICE OF APPEAL** <br><br> **Hon. Sherilyn Peace Garnett** |

**TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiffs, Empower Tribe Commercial FZE and Empower Tribe IP Holdings Ltd., appeal to the United States Court of Appeals for the Federal Circuit from the judgment entered July 7, 2026 (ECF No. 31), and from all associated orders, including the order granting Defendants' motion to dismiss with prejudice (ECF No. 33).

Dated: August 6, 2026                    HONIGMAN LLP


By: /s/ *Brian K. Brookey*
Brian K. Brookey
1440 New York Ave NW
Suite 200
Washington, DC 20005-2111
Telephone: 202-844-3390

Aaron D. Bray
321 N. Clark St.
Suite 500
Chicago, IL 60654-4769
Telephone: 312-701-9300

*Attorneys for Plaintiffs*